IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:22-CV-00008-KDB

| | |
|---|---|
| **VAL CRAIG,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **KILOLO KIJAKAZI, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees under § 406(b) of the Social Security Act (Doc. No. 18). Having reviewed the motion and the supporting materials, the Court finds that Plaintiff should be awarded attorney fees in the amount of $10,500.00, which is less than 25 percent of Plaintiff's past-due benefits. These fees are to be paid from Plaintiff's past-due benefits pursuant to § 406(b). Upon receipt of the § 406(b) fee, Plaintiff's counsel shall pay the Plaintiff the lesser EAJA fee of $6,400.00.

It is therefore **ORDERED** that the Commissioner pay Plaintiff's counsel, Charlotte W. Hall, the sum of $10,500.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $6,400.00 and upon the payment of such sums, this case is dismissed with prejudice.

**SO ORDERED.**

Signed: December 11, 2023

Kenneth D. Bell
United States District Judge